NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Matthew E. Lewitz
Cozen O'Connor
401 Wilshire Boulevard
Suite 850
Santa Monica, CA 90401
Ted. (310) 393-4000

ATTORNEY(S) FOR: Plaintiffs Universal Services of America, LP, etal.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Universal Services of America, LP and
Universal Protection Service, LP,

Plaintiff(s),

v.

Allied Universal Security Services Universal
Protection Service LPP; and Zardale Ward

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Universal Services of America, LP and Universal Protection Service, LP
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Universal Services of America, LP | Plaintiff |
| Universal Protection Service, LP | Plaintiff |
| Allied Universal Security Services Universal Protection Service LPP | Defendant |
| Zardale Ward | Defendant |

August 25, 2022
Date

*(signature)*
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Universal Services of America, LP, et al.