Matthew E. Lewitz (SBN 325379)
mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394.4700

Camille M. Miller (*admitted pro hac vice*)
Melanie A. Miller (*admitted pro hac vice*)
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.665.2000
Facsimile: 215.665.2013

Attorneys for Plaintiffs *Universal Services of America, LP and Universal Protection Service, LP*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL SERVICES OF AMERICA, LP, and UNIVERSAL PROTECTION SERVICE, LP<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED UNIVERSAL SECURITY SERVICES UNIVERSAL PROTECTION SERVICE LPP; and ZARDALE WARD,<br><br>Defendants. | **Case No. 8:22-cv-01585-DOC-DFM**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE AND EXTENSION OF TIME TO COMPLETE SERVICE**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Matthew E. Lewitz, and [Proposed] Order]<br><br>Hearing Date: December 19, 2022<br>Time: 8:30 a.m.<br>Courtroom: 10A<br>Judge: Hon. David O. Carter |

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on December 19, 2022 at 8:30 a.m., before the Honorable David O. Carter, in Courtroom 10A of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California 92701, Plaintiffs Universal Services of America, LP and Universal Protection Service, LP (collectively, "Plaintiffs") will and hereby do move the Court for an Order authorizing Plaintiffs to effect substitute service of the Summons, Complaint, and all other case-initiating pleadings on Defendant Allied Universal Security Services Universal Protection Service LPP ("Defendant") by and through the California Secretary of State, and to extend the time for Plaintiffs to effect service on Defendant, pursuant to Rules 4(h) and 4(m) of the Federal Rules of Civil Procedure, and California Corporations Code § 1702.

Since commencement of this action, Plaintiffs have made multiple attempts to personally serve Defendant without success. Given that Defendant is a corporation duly organized under the laws of the State of California, and in light of the multiple failed attempts at personal service on Defendant, Plaintiffs seek leave of Court, pursuant to California Corporations Code § 1702, to effect substitute service of process on Defendant through the California Secretary of State.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Matthew E. Lewitz, on all pleadings and other documents filed in this action, and upon such oral and documentary evidence as may be heard at the hearing of this Motion.

Dated: November 17, 2022	COZEN O'CONNOR

By: _____
Matthew E. Lewitz
Attorneys for Plaintiffs
*Universal Services of America, LP and Universal Protection Service, LP*

2

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE AND EXTENSION OF TIME TO COMPLETE SERVICE
CASE NO. 8:22-CV-01585-DOC-DFM