AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☒ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>SACV22-1585 DOC(DFMx) | DATE FILED<br>8/25/22 | U.S. DISTRICT COURT<br>Central District of California | |
|---|---|---|---|
| PLAINTIFF<br><br>Universal Services of America, LP and Universal Protection Service, LP | | DEFENDANT<br><br>Allied Universal Security Services Universal Protection Service LPP; and Zardale Ward | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1   See Attachment A | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order by Judge David O. Carter Granting Plaintiffs Motion for Entry of Default Judgment. Case Terminated 1/30/23 |

| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Trina DeBose | DATE<br>1/30/23 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

## ATTACHMENT A

| TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|
| 1   3,106,268 | 6/20/2006 | Universal Protection Service, LP |
| 2   5,136,006 | 2/7/2017 | Universal Services of America, LP |
| 3   5,302,678 | 10/3/2017 | Universal Services of America, LP |
| 4   5,136,112 | 2/7/2017 | Universal Services of America, LP |
| 5   5,150,269 | 2/28/2017 | Universal Services of America, LP |
| 6   5,146,530 | 2/21/2017 | Universal Services of America, LP |
| 7   5,136,162 | 2/7/2017 | Universal Services of America, LP |