JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL SERVICES OF AMERICA, LP, and UNIVERSAL PROTECTION SERVICE, LP<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED UNIVERSAL SECURITY SERVICES UNIVERSAL PROTECTION SERVICE LPP; and ZARDALE WARD,<br><br>Defendants. | **Case No.: 8:22-cv-01585-DOC-DFM**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ALLIED UNIVERSAL SECURITY SERVICES UNIVERSAL PROTECTION SERVICE LPP PURSUANT TO FED.R.CIV.P. 55(B)(2)**<br><br>**Complaint Filed: August 25, 2022**<br><br>Date: February 27, 2023<br>Time: 8:30 a.m.<br>Courtroom: 10A |

1

Upon due consideration of Plaintiffs' Universal Services of America, LP and Universal Protection Service, LP (collectively, "Plaintiffs") Motion for Entry of Default Judgment Against Defendant Allied Security Services Universal Protection Service LPP ("Defendant") Pursuant to Fed. R. Civ. P. 55(b)(2) (the "Motion"), and any response thereto, and for good cause shown, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

It is hereby further ORDERED that judgment is entered in favor of Plaintiffs and against Defendant, its officers, directors, agents, employees and all persons in active concert or participation with Defendant (collectively, "Agents") who receive actual notice of the injunction, by personal service or otherwise. Defendant and its Agents are preliminarily and permanently enjoined and restrained from doing, abiding, causing, contributing to, inducing or abetting any of the following:

(a) infringing or contributing to the infringement of Plaintiffs' ALLIED marks;

(b) engaging in any acts or activities directly or indirectly calculated to infringe Plaintiffs' ALLIED marks;

(c) using the term Allied (or any substantially similar variation thereof) in connection with selling, offering for sale, promoting, advertising, marketing, or distributing any of Defendant's products or services, including but not limited to using Allied on Defendant's security uniforms, banners, advertisements, marketing materials, social media accounts, websites, or in Defendant's domain names;

(d) using any configuration or design that is confusingly similar to Plaintiffs' ALLIED marks;

(e) otherwise competing unfairly or deceptively with Plaintiffs in any manner whatsoever, and

It is hereby further ORDERED that, to the extent not already destroyed or deleted, Defendant deliver to Plaintiffs for destruction, at Defendant's expense,

security uniforms, clothing, website materials, literature, brochures, packaging, signs, promotional materials, advertisements and any other material in the possession or under the control of the Defendant that contain Plaintiffs' ALLIED marks (or similar variations thereof).

**IT IS SO ORDERED.**

Dated: __January 30, 2023__

*David O. Carter*
Honorable David O. Carter
United States District Judge

3